AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court
## Northern District of California

UNITED STATES OF AMERICA,

V.

ESCOBAR-ALFARO, JONAS

06 - 171 M - 01  E-FILING

**WARRANT FOR ARREST**

Case Number:

FILED 0738  RS

APR 1 3 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ESCOBAR-ALFARO, JONAS and bring him forthwith to the nearest magistrate judge to answer a(n)

() Indictment  () Information  (x) Complaint
() Order of Court  () Violation Notice  () Probation Violation Petition

charging him with

unlawful re-entry into the United States after deportation, without the permission of the Attorney General.

in violation of Title __8__ United States Code, Section(s) __1326__

| Richard Seeborg | U.S. Magistrate Judge |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| [signature] | September 7, 2005, San Jose, CA |
| Signature of Issuing Officer | Date and Location |
| Bail fixed at $ No Bail | by Richard Seeborg |
|  | Name of Judicial Officer |

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| Date received 4·13·06 | Name and Title of Arresting Officer | Signature of Arresting Officer |
|---|---|---|
| Date of Arrest 4·13·06 | SEAN McLEOD  SDUSM | [signature] |