AO 91 (Rev.5/85) - Criminal Complaint

# United States District Court

_____ NORTHERN _____ DISTRICT OF _____ CALIFORNIA _____

UNITED STATES OF AMERICA

V.

ESCOBAR-Alfaro, Jonas

**06 - 171 M - 01**

**FILED**

APR 1 3 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

CASE NUMBER:
**05    70738**    RS

E-FILING

*Filed*
SEP 0 7 2005
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On a date unknown but no later than __February 4, 2002__, in __Santa Cruz County__ in the _____ Northern _____ District of _____ California _____ defendant(s) was,(Track Statutory Language of Offense)

Unlawfully re-enter and was found in the United States after deportation, without the permission of the Attorney General,

in violation of Title _____ 8 _____ United States Code, Section(s) _____ 1326 _____ further state that I am a(n) _____ Special Agent _____ and that this complaint is based on the following
Official Title

facts:

### SEE ATTACHED AFFIDAVIT

PENALTIES: $250,000.00 fine, twenty years imprisonment and $100.00 special assessment fee and a Term of Supervised Release up to three years.

Requested bail: Issue no bail warrant / government will request detention.

APPROVED AS TO FORM:

ASSISTANT UNITED STATES ATTORNEY

Continued on the attached sheet and made a part hereof: ☒ Yes    ☐ No

Signature of Complainant

Sworn to before me and subscribed in my presence,

_____ at _____ San Jose, California _____
Date                                                          City and State

Richard Seeborg
United States Magistrate Judge
Name & Title of Judicial Officer

Signature of Judicial Officer

RE: ESCOBAR-Alfaro, Jonas                                           A73 880 588

γI am a Special Agent ("SA") with the United States Immigration and Customs Enforcement (ICE) and have been so employed since March of 2003. I am currently assigned to the Assistant Special Agent in Charge (RAC) San Jose Office. I am currently assigned to the Street Terrorism Initiative Unit within the Office of Investigations in San Jose, California. I am responsible for enforcing federal criminal statutes as well as statues relating to Immigration Law. I have received training and actual experience relating to Federal Criminal Procedures, Federal Statutes, U.S. Customs and U.S. Immigration regulations. I am a graduate of the Federal Law Enforcement Training Center Criminal Investigation Training Program and the United States Immigration Officer Basic Enforcement School, in Brunswick, Georgia. Prior to becoming a Special Agent, I served as an Immigration Inspector. I have 4 years of military service with the United States Navy and I have attended John Jay College of Criminal Justice and majored in Criminal Justice. I have reviewed the official file relating to the above named individual, which attests to the following:

(1)    Mr. ESCOBAR-Alfaro (ESCOBAR), is a 26-year-old male who has used seven (7) aliases and five (5) date of birth in the past:

(2)    Mr. ESCOBAR has been assigned one (1) Alien Registration Number c          a FBI Number ....    ;, a California Criminal Information Index (CII) Number of

(3)    Mr. ESCOBAR is a native of El Salvador and a citizen of El Salvador. A check through Service records shows that he was arrested and deported from the United States, on at least two (2) separate occasions, the last being on May 21,1999.

(4)    Mr. ESCOBAR last entered the United States at an unknown place, on or after May 21,1999, by crossing the international border without inspection subsequent to deportation/removal.

(5)    Mr. ESCOBAR, on a February 4, 2002, in Santa Cruz County in the Northern District of California, the defendant was found to be unlawfully present in the United States after prior arrest and deportation, without the permission of the Attorney General, in violation of Title 8, United States Code, Section 1326.

(6)    Mr. ESCOBAR, was, on March 10,1999, convicted in the United States District Court, in and for the District of Arizona, for the offense of Re-entry After Deportation, in violation of Title 8, United States Code, Section 1326. For this offense Mr. ESCOBAR was sentenced to four (4) months in Federal Prison.

(7)    Mr. ESCOBAR was, on February 27,2002, convicted in the Superior Court of California, in and for the County of Santa Cruz, for the offense of Give False Information to a Peace Officer, in violation of Section 31 of the California Vehicle Code.

(8)    Mr. ESCOBAR is a California Gang Certified member of the "Mara Salvatrucha" (also known as MS-13). The MS-13 gang was formed in Los Angeles by El Salvadoran refugees fleeing the civil war in the 1980's. Many of the members had been militarily trained in El Salvador and with this

training they have become one of the most violent gangs in the United States. The MS-13 now have members in every major city in the United States with membership estimated around 40,000.

RE: ESCOBAR-Alfaro, Jonas                                        A73 880 588

(9)     The official Immigration Service file relating to Mr. ESCOBAR contains two (2) executed Warrant of Deportations/Removals. He was arrested and deported from the United States to El Salvador on October 9, 1998 at Los Angeles, California and on May 21, 1999 at Laredo, Texas.

(10)    There is no record in the official file of the United States Immigration and Naturalization Service that Mr. ESCOBAR ever applied to the Attorney General to reenter the United States after deportation.

(18)    Mr. ESCOBAR has been seen, in the past couple of months, by various Police Officers of the Santa Cruz Police Department. Mr. Escobar last known address is California.

(19)    On the basis of the above information, there is probable cause to believe that Mr. ESCOBAR, is in the United States in violation of Title 8, United States Code, Section 1326.

_____
Raul Concha
Special Agent
U.S. Department of Homeland Security
Immigration and Customs Enforcement

Subscribed and sworn to before me this ____ day of _____, 2005

_____
Richard Seeborg
UNITED STATES MAGISTRATE JUDGE